Matter of Hunt (2025 NY Slip Op 04444)

Matter of Hunt

2025 NY Slip Op 04444

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, MONTOUR, GREENWOOD, AND HANNAH, JJ. (Filed July 22, 2025).

&em;

[*1]MATTER OF MARSHA A. HUNT, AN ATTORNEY, RESIGNOR. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT— 

Order entered accepting resignation and striking name from the roll of attorneys pursuant to 22 NYCRR 1240.10.